JOHN KEARNEY *v.* COMMISSIONER
OF CORRECTION
(AC 33595)

DiPentima, C. J., and Sheldon and Lavery, Js.

Argued September 19—officially released October 9, 2012

Per Curiam. The judgment is affirmed.

TIBER HOLDING CORPORATION ET AL.
*v.* ANDREW P. DILORETO
(AC 33715)

Beach, Alvord and Bear, Js.

Submitted on briefs September 17—officially released October 9, 2012

Per Curiam. The judgment is affirmed.

ANTHONY FURS *v.* COMMISSIONER
OF CORRECTION
(AC 33260)

DiPentima, C. J., and Gruendel and Espinosa, Js.

Submitted on briefs September 17—officially released October 9, 2012

Per Curiam. The appeal is dismissed.